UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ALVIN PINTOR,
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

HYPRO, Inc., d/b/a Spirit
Manufacturing, Inc.,

    and

Service First Staffing, Inc.,

    Defendants.

CASE NO. 17-cv-890-PP

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

Plaintiff, on behalf of himself and all others similarly situated, by their attorneys, Larry A. Johnson, Summer H. Murshid, and Timothy P. Maynard, of Hawks Quindel, S.C., and Defendant HYPRO, Inc., d/b/a Spirit Manufacturing, Inc., by their attorneys, Mitchell W. Quick and Elizabeth N. Larson, of Michael Best & Friedrich LLP, and Defendant Service First Staffing, Inc., by their attorneys, Olivia M. Kelley and Shannon A. Allen, of DeWitt Ross & Stevens, S.C., hereby stipulate and agree to the following:

1. Based on the Parties' Joint Fed. R. Civ. P. 26(f) and Civ. L. R. 16 and 26 Discovery Plan (ECF. No. 16), the Court entered the scheduling order on December 19, 2017. (ECF No. 17).

2.      The Parties built into the Parties' Joint Fed. R. Civ. P. 26(f) and Civ. L. R. 16 and 26 Discovery Plan (ECF. No. 16) a certain amount of time to engage in settlement discussions prior to Plaintiff's motion for conditional certification. The Parties have exchanged certain payroll information and settlement discussions are still in process. The Parties have agreed to finalize their good faith attempts at reaching settlement over the next 45 days.

3.      The Parties respectfully request the Court enter an Order amending the following deadlines to allow the Parties 45 days to complete their settlement efforts:

   i. June 4, 2018 – Parties shall exchange their initial discovery disclosures[1];
   ii. August 24, 2018 - Parties wishing to file amended pleadings or join parties without leave of court;
   iii. August 24, 2018 – Plaintiff's motion for conditional certification;
   iv. February 25, 2019 – Parties' motions to certify or decertify classes;
   v. June 17, 2019 – Discovery completed;
   vi. July 26, 2019 – Dispositive motions must be filed.

---

[1] Defendant Service First Staffing, Inc. has already provided its initial discovery disclosures.

Dated this 2nd day of May, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **Michael Best & Friedrich LLP**<br>**Attorneys for Defendant Hypro Inc.,**<br>**d/b/a Spirit Manufacturing, Inc.** | **HAWKS QUINDEL, S.C.**<br>**Attorneys for Plaintiff** |
| *s/Mitchell W. Quick*<br>Mitchell W. Quick, SBN 1001493<br>mwquick@michaelbest.com<br>Elizabeth N. Larson, SBN 1095148<br>enlarson@michaelbest.com<br>100 E. Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202<br>(414) 271-6560 (office)<br>(414) 271-0656 (facsimile) | *s/ Larry A. Johnson*<br>Larry A. Johnson, SBN 105619<br>ljohnson@hq-law.com<br>Summer H. Murshid, SBN 1075404<br>smurshid@hq-law.com<br>Timothy P. Maynard, SBN 1080953<br>222 East Erie Street, Suite 210<br>PO Box 442<br>Milwaukee, WI 53201-0442<br>(414) 271-8650 (office)<br>(414) 271-8442 (facsimile) |

**DeWitt Ross & Stevens, S.C.**
**Attorneys for Defendant Service First Staffing, Inc.**

*s/Olivia M. Kelley*
Olivia M. Kelley, SBN 1056759
omk@dewittross.com
Shannon A. Allen, SBN 1024558
saa@dewittross.com
13935 Bishop's Drive
Suite 300
Brookfield, WI 53005
(262) 754-2870 (office)
(262) 754-2845 (facsimile)