IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ALVIN PINTOR,
individually and on behalf of
all others similarly situated,

    Plaintiff,

    v.

CASE NO. 17-cv-890

HyPro, INC., d/b/a Spirit
Manufacturing, Inc., and

SERVICE FIRST STAFFING, INC.,

    Defendants.

## MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Court's Order granting preliminary approval of the Parties' Settlement Agreement (ECF No. 29), 29 U.S.C. §216(b), and Fed. R. Civ. P. 23, Plaintiff, by and through his attorneys, Hawks Quindel, S.C., hereby respectfully petitions the Court for an award of costs and attorneys' fees as set forth below and on the grounds set forth in Plaintiff's supporting brief and the accompanying declarations of Attorneys Summer H. Murshid, Brenda Lewison, Rebecca Salawdeh, and James A. Walcheske:

    1.    Class Counsel has negotiated a settlement of this FLSA collective action and Rule 23 class action on behalf of 149 Class Members employed or previously employed by HyPro Inc., d/b/a Spirit Manufacturing, Inc., and Service First Staffing, Inc. ("HyPro"),

2. The settlement creates a common fund of $130,000.00. Plaintiff petitions the Court for a recovery of 33.33% of the common fund for attorneys' fees, and $1,194.19 in costs, for a total of $44,527.52.

3. As set forth in greater detail in Plaintiff's supporting brief, the requested attorneys' fees and costs are reasonable and consistent with the market rate in similar cases.

WHEREFORE, Plaintiff respectfully requests that the Court award costs and attorneys' fees as set forth above during the fairness hearing on September 18, 2018.

Respectfully submitted this 28th day of August, 2018.

Respectfully submitted,

_s/ Summer H. Murshid_
Timothy P. Maynard
State Bar No. 1080953
tmaynard@hq-law.com
Summer. H. Murshid
State Bar No. 1075404
smurshid@hq-law.com
Larry A. Johnson
State Bar No. 1056619
ljohnson@hq-law.com

Hawks Quindel, S.C.
222 E Erie Street, Suite 210
Milwaukee, WI 53202
(414) 271-8650 (office)
(414) 271-8442 (facsimile)
Attorneys for Plaintiff